# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS L. MAGEE

NO. 2019 KW 0948

SEP 17 2019

---

In Re:   Dennis L. Magee, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 01-CR1-82853.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

VGW
WJC

**Guidry, J.,** dissents and would stay the matter pending a decision from the Supreme Court of the United States in **State v. Ramos,** 2016-1199 (La. App. 4th Cir. 11/2/17), 231 So.3d 44, writs denied, 2017-2133 (La. 6/15/18), 257 So.3d 679, and 2017-1177 (La. 10/15/18), 253 So.3d 1300, cert. granted, 2018-5924, ___ U.S. ___, 139 S.Ct. 1318, 203 L.Ed.2d 563 (2019).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT